IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-cr-0050** |
| **v.** | : | |
| **EARL LAFAYETTE HALL, III** | : | **Judge Sylvia H. Rambo** |

# O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) Defendant Hall's motion to vacate is **DENIED**. (Doc. 206.)

2) Defendant Hall's *pro se* Rule 33 motion for new trial is **DENIED**. (Doc. 204.)

3) Sentencing is scheduled for January 17, 2018, at 2:00 p.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                           s/Sylvia H. Rambo
                                                           SYLVIA H. RAMBO
                                                           United States District Judge

Dated: December 21, 2017