IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:16-CR-050-01 |
| | : | |
| **v.** | : | |
| | : | |
| **EARL LAFAYETTE HALL, III** | : | Judge Sylvia H. Rambo |

## O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's pretrial motion (Doc. 313) and oral motion made during the October 7, 2019 hearing are **DENIED**.

                                                                                                 s/Sylvia Rambo
                                                                                                 SYLVIA H. RAMBO
                                                                                                 United States District Judge

Dated: November 12, 2019